IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL DOUGLAS BROOKS, | : | CIVIL NO. 3:12-CV-2527 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| WARDEN RICHARD SMITH, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 13th day of May 2014, upon consideration of defendants' motion (Doc. 8) to dismiss, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 8) to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court